UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:13-cr-74(MPS) |
| v. | |
| THE ROYAL BANK OF SCOTLAND plc. | March 4, 2015 |

## MOTION FOR CLARIFICATION

The Royal Bank of Scotland plc ("RBS") respectfully moves for clarification concerning the Court's oral order of April 12, 2013, sealing Attachment C to the deferred prosecution agreement between RBS and the Government ("DPA"), and states:

1. On April 12, 2013, this Court accepted DPA (Docket # 5).

2. Also on April 12, 2013, the Court ordered that "notwithstanding footnote 1 of the deferred prosecution agreement, the parties have provided me with a copy of Attachment C, which I have received, reviewed and which I will maintain in my custody, under seal, pending resolution of this matter" (the "April 12 Order").

3. At present, the April 12 Order remains in full effect.

4. On February 2, 2015, in a proceeding before the High Court of Justice in England, captioned *Property Alliance Group Limited v. The Royal Bank of Scotland plc*, Case No. HC 2013 000459, Mr. Justice Birss ordered RBS to provide the claimant in the matter with inspection of Attachment C by March 11, 2015 (the "English Court Order").

5. RBS seeks clarification that it will not be in violation of the April 12 Order if it complies with the English Court Order, or other order from a court of competent jurisdiction specifically requiring RBS or its affiliates to produce or provide inspection of Attachment C.

6. The Government consents to this motion.


Dated:  New York, NY
        March 4, 2015

                                          Respectfully submitted,

By: /s/
David Raskin
Federal Bar No. phv06042

CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000
David.Raskin@CliffordChance.com

*Counsel for The Royal Bank of Scotland plc*