# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE ROYAL BANK OF SCOTLAND plc. | Criminal No. 3:13-cr-74(MPS)<br><br>March 10, 2015 |

## ORDER

WHEREAS, on April 12, 2013, this Court accepted the deferred prosecution agreement between The Royal Bank of Scotland plc ("RBS") and the Government;

WHEREAS on April 12, 2013, the Court ordered that "notwithstanding footnote 1 of the deferred prosecution agreement, the parties have provided me with a copy of Attachment C, which I have received, reviewed and which I will maintain in my custody, under seal, pending resolution of this matter" (the "April 12 Order");

WHEREAS the April 12 Order remains in full effect;

WHEREAS RBS has been ordered by the High Court of Justice in England to provide the claimant in the matter *Property Alliance Group Limited v. The Royal Bank of Scotland plc*, Case No. HC 2013 000459, with inspection of Attachment C by March 11, 2015 (the "English Court Order");

WHEREAS, RBS has moved this court for clarification of the April 12, 2013 Order and the Government has consented to the motion;

**WHEREFORE**, the Court ORDERS and CLARIFIES the following:

1. RBS will not be in violation of the April 12 Order if it complies with the English Court Order, or other order from a court of competent jurisdiction specifically requiring RBS or its affiliates to produce or provide inspection of Attachment C.

2. The April 12, 2013 Order remains in full effect.

SO ORDERED this \_\_\_\_10th\_\_\_\_ day of March, 2015

\_\_\_\_\_/s/_____
HON. MICHAEL P. SHEA
UNITED STATES DISTRICT COURT JUDGE